## ASHBROOKE v. ASHBROOKE.

(Supreme Court, Appellate Division, First Department.   May 14, 1909.)

DIVORCE (§ 212*)—ALIMONY—RIGHT OF WIFE TO TEMPORARY ALIMONY.

Where a wife was not in need of support pending the trial of her divorce action, temporary alimony was improperly allowed her.

[Ed. Note.—For other cases, see Divorce, Cent. Dig. § 616; Dec. Dig. § 212.*]

Appeal from Special Term, New York County.

Divorce action by Alice Tuttle Ashbrooke against John Thomas Ashbrooke, Jr.   From an order awarding plaintiff alimony and a counsel fee, defendant appeals.   Modified and affirmed.

Argued before INGRAHAM, McLAUGHLIN, LAUGHLIN, CLARKE, and SCOTT, JJ.

J. Hunter Lack, for appellant.
Herbert Clark Gilson, for respondent.

PER CURIAM.   It does not appear that the plaintiff is in need of support pending the trial of the action.   The order appealed from should therefore be modified, by striking out the provision for temporary alimony, and, as so modified, affirmed, without costs.

Argued before INGRAHAM, McLAUGHLIN, LAUGHLIN, CLARKE, and SCOTT, JJ.

